UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN JACKSON,

        Petitioner,

                              Civil Action No. 2:08-13269

v.                            Honorable Patrick J. Duggan

BLAINE LAFLER,

        Respondent.

_____/

## JUDGMENT

Petitioner Steven Jackson ("Petitioner") has filed a *pro se* application for habeas relief pursuant to 28 U.S.C. § 2254. On this date, the Court issued an Opinion and Order holding that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

DATE: April 28, 2009              s/PATRICK J. DUGGAN
                               UNITED STATES DISTRICT COURT JUDGE

Copies to:
Steven Jackson, #172508
Boyer Road Correctional Facility
10274 Boyer Road
Carson City, MI 48811

Steven Jackson, #172508
Charles Egeler Reception and Guidance Center
3855 Cooper Street
Jackson, MI 49201

Debra M. Gagliardi, Esq.